**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALVIN D. DAVISTON, Jr.,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 23-CV-220** |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA,** *et al.*, | : | |
| **Defendants.** | : | |

<u>**ORDER**</u>

AND NOW, this 27th day of January, 2023, upon consideration of Plaintiff Alvin D. Daviston, Jr.'s Motion to Proceed *In Forma Pauperis* (ECF No. 2), and *pro se* Complaint (ECF No. 1) it is **ORDERED** that:

1.      Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.      The Complaint is **DEEMED** filed.

3.      The Clerk of Court is **DIRECTED** to add E.A. Schneider to the docket as a Defendant in this case.

4.      Daviston's criminal charges, *Commonwealth v. Daviston*, CP-23-CR-368-2021 (C.P. Delaware), are **REMANDED** to the Delaware County Court of Common Pleas.

5.      All claims against the Commonwealth of Pennsylvania and Delaware County Assistant District Attorney E. A. Schneider are **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

6.      The Clerk of Court is **DIRECTED** to terminate the Commonwealth of Pennsylvania and Delaware County Assistant District Attorney E. A. Schneider as defendants.

7.      The Fourth Amendment malicious prosecution claim against Defendant Detective John A. Hoffner is **DISMISSED WITHOUT PREJUDICE**.  All other claims against Hoffner are **DISMISSED WITH PREJUDICE**.

8.      No leave to amend is granted in this case.  Daviston may file a new civil action to reassert his malicious prosecution claim if the criminal charges currently pending against him in *Commonwealth v. Daviston*, CP-23-CR-368-2021 (C.P. Delaware) are ever finally resolved in his favor.

9.      The Clerk of Court shall **CLOSE** this case.

                                      **BY THE COURT:**


                                       **/s/ Juan R. Sánchez**
                                      **JUAN R. SÁNCHEZ, C.J.**